## Ford Lumber Co. v. Cornett.

(Decided April 24, 1912.)

### Appeal from Letcher Circuit Court.

Appeals—One Appellant Cannot Have Relief Against Co-Appellant.— One appellant cannot have relief against a co-appellant. If one appellant desires relief against another party, he should make him an appellee to the appeal, or take out a separate appeal against him which may be done on the same record.

JOUETT & JOUETT, D. D. FIELDS and DAVID HAYS for Ford Lumber Company.

D. I. DAY for appellant Caudill.

R. MONROE FIELDS, FELIX G. FIELDS and IRA FIELDS for appellant G. Cornett.

JESSE MORGAN and J. J. WAKEFIELD for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

For opinion in this case see 146 Ky., page 457.

W. W. Cornett is a party appellant on the record before us; he is not made an appellee. He and the Ford Lumber Company are made appellants. A. B. Cornett is the only appellee. As A. B. Cornett is the only appellee the judgment on this appeal could only be reversed as against him. One appellant cannot obtain relief against a co-appellant without an appeal against him. When this is not done they are not adversary parties. Any error in favor of W. W. Cornett and to the prejudice of the Ford Lumber Company can only be corrected upon an appeal in which W. W. Cornett is made a party appellee. If the Ford Lumber Company desired relief against W. W. Cornett, it should have taken a separate

appeal against him, which could have been done on the same transcript in the same manner as this appeal was taken. As many appeals may be prosecuted on a transcript as may be necessary to obtain the relief desired.

Petition overruled.